In the Matter of the Last Will and Testament of EMILY L. DeRUSSY, Deceased.

(Argued June 16, 1891; decided June 25, 1891.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made April 17, 1891, which reversed an order of the surrogate of the county of New York denying a motion to vacate and set aside an order of reference.

*Abram Kling* for appellant.

*Edward C. James* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.